ORDER

Test